In re FINKELSTEIN. (Supreme Court, Appellate Division, Second Department. May 26, 1910.) In the matter of the petition of Beckie Finkelstein, to revoke and cancel liquor tax certificate No. 8,468, issued to Martha Mullins, etc. No opinion. Order and judgment reversed, and petition dismissed, with costs to the appellant in this court and in the court below, upon the ground that the decision was against the weight of the evidence.

FINNIE, Respondent, v. CENTRAL PARK, N. & E. R. R. CO., Appellant. (Supreme Court, Appellate Division, First Department. June 10, 1910.) Action by Michael Finnie against Central Park, North & East River Railroad Company. H. C. Smyth, for appellant. D. R. Almy, for respondent. No opinion. Judgment and order affirmed, with costs. Order filed. See, also, 134 App. Div. 949, 118 N. Y. Supp. 1105.

FISS, DOERR & CARROLL HORSE CO., Respondent, v. GOLDE et al., Appellants. (Supreme Court, Appellate Division, First Department. May 20, 1910.) Action by the Fiss, Doerr & Carroll Horse Company against Louis Golde and another. J. Manheim, for appellants. F. Pierce, for respondent. No opinion. Judgment and orders affirmed, with costs. Order filed.

FISS, DOERR & CARROLL HORSE CO., Respondent, v. GREEN, Appellant. (Supreme Court, Appellate Division, First Department. April 29, 1910.) Action by the Fiss, Doerr & Carroll Horse Company against Patrick F. Green. I. L. Broadwin, for appellant. H. T. Banzhaf, for respondent. No opinion. Judgment affirmed, with costs. Order filed.

FLANAGAN, Respondent, v. INTERNATIONAL R. CO., Appellant. (Supreme Court, Appellate Division, Fourth Department. May 11, 1910.) Action by Minnie Flanagan against the International Railway Company.

PER CURIAM. Order reversed, with $10 costs and disbursements, motion denied, and judgment ordered for defendant upon the verdict.

SPRING, J., not sitting.

FLANDERS, Respondent, v. NEW YORK CENT. & H. R. R. CO., Appellant. (Supreme Court, Appellate Division, Fourth Department. May 4, 1910.) Action by Joshua Flanders against the New York Central & Hudson River Railroad Company. No opinion. Judgment affirmed, with costs.

FORSCHIRM v. MECHANICS' & TRADERS' BANK. (Supreme Court, Appellate Division, First Department. April 29, 1910.) Action by Fanny Forschirm against the Mechanics' & Traders' Bank. No opinion. Motion granted. Order filed. See, also, 122 N. Y. Supp. 168.

FOSTER & WATTENBERG, Appellants, v. MACK et al., Respondents. (Supreme Court, Appellate Division, First Department. June 10, 1910.) Action by Foster & Wattenberg against H. Arthur Mack and others. A. E. Pressinger, for appellants. S. S. Watson, for respondents. No opinion. Judgment affirmed, with costs, with leave to plaintiff to amend on payment of costs. Order filed.

FOUNDATION CO., Appellant, v. LEVINE, Respondent. (Supreme Court, Appellate Division, First Department. June 10, 1910.) Action by the Foundation Company against Benjamin A. Levine. E. D. Worcester, for appellant. M. Feltenstein, for respondent. No opinion. Judgment affirmed, with costs. Order filed.

FOX, Respondent, v. MILLARD CONST. CO., Appellant. (Supreme Court, Appellate Division, Fourth Department. May 18, 1910.) Action by William J. Fox against the Millard Construction Company. No opinion. Judgment and order affirmed, with costs.

FRANK et al. v. WOLFF et al. (Supreme Court, Appellate Division, First Department. April 29, 1910.) Action by Solon J. Frank and others against Jules Wolff and others. A. V. Norton, for appellants. J. M. Gray, for respondent. No opinion. Order affirmed, with $10 costs and disbursements. Order filed.

FREDERICK F. INGRAM & CO., Respondent, v. COTTIER et al., Appellants. (Supreme Court, Appellate Division, Second Department. May 26, 1910.) Action by Frederick F. Ingram & Co. against John H. Cottier and others.

PER CURIAM. Judgment of the Municipal Court reversed, and new trial ordered, costs to abide the event, upon the ground that the evidence shows that Finch's indebtedness to the plaintiff was for an overdraft on his personal account for commissions, and not for the purposes of the business which Finch was prosecuting for the plaintiff, and hence not within the terms or contemplation of the bond.

FRIEDLANDER et al. v. CITRON et al. (Supreme Court, Appellate Division, First Department. May 27, 1910.) Action by Marie Friedlander and another against Nathan Citron and another. No opinion. Application granted. Order signed. See, also, 122 N. Y. Supp. 236.

FUCHS, Appellant, v. JOLINE et al., Respondents. (Supreme Court, Appellate Division, First Department. June 10, 1910.) Action by Max Fuchs, an infant, against Adrian H. Joline and another. H. M. Goldfogle, for appellant. F. J. Moses, for respondents. No opinion. Judgment and order affirmed, with costs. Order filed.

FUGGETT, Respondent, v. KINNE et al., Appellants. (Supreme Court, Appellate Division, Fourth Department. May 25, 1910.) Action by Joseph M. Fuggett against William H. Kinne and another. No opinion. Judgment affirmed, with costs.

FULTON v. FULTON et al. (Supreme Court, Appellate Division, First Department.

June 10, 1910.) Action by John A. Fulton against Hazel L. Fulton and others. No opinion. Motion to dismiss appeal granted, with $10 costs. Order filed.

FULTON LIGHT, HEAT & POWER CO. et al. v. STATE. (Supreme Court, Appellate Division, Third Department. May 4, 1910.) Action by the Fulton Light, Heat & Power Company and another against the State of New York. No opinion. Judgment (65 Misc. Rep. 263, 121 N. Y. Supp. 536) unanimously affirmed, without costs.

F. V. SMITH CONTRACTING CO., Respondent, v. CITY OF NEW YORK, Appellant. (Supreme Court, Appellate Division, First Department. May 20, 1910.) Action by the F. V. Smith Contracting Company against the City of New York. T. Connoly, for appellant. Hardy & Shellabarger, for respondent. No opinion. Order affirmed, with costs, on the authority of Rothenberg v. Brooklyn Heights R. Co., 135 App. Div. 151, 119 N. Y. Supp. 1001. Order filed. See, also, 128 App. Div. 926, 112 N. Y. Supp. 1130.

GA NUN, Appellant, v. PALMER, Respondent. (Supreme Court, Appellate Division, Second Department. June 10, 1910.) Action by Mary F. Ga Nun, on behalf of herself and all the other creditors of Jane M. Sands, deceased, against Mary E. Palmer, individually and as executrix, etc. No opinion. Judgment (116 N. Y. Supp. 23), affirmed, with costs.

GARDINER'S BAY CO., Appellant, v. ATLANTIC FERTILIZER & OIL CO., Respondent. (Supreme Court, Appellate Division, Second Department. June 17, 1910.) Action by the Gardiner's Bay Company against the Atlantic Fertilizer & Oil Company. No opinion. Judgment and order affirmed, with costs.

GASS v. LINCH. (Supreme Court, Appellate Division, First Department. June 24, 1910.) Appeal from Special Term, New York County. Action by John Gass against George Linch, as receiver, etc., to compel the defendant to pay judgment, or in lieu thereof that plaintiff have judgment against the property of the debtor. From a judgment for plaintiff, the receiver appeals. Reversed. Charles E. Chalmers, for appellant. Carlisle J. Gleason, for respondent.

PER CURIAM. We do not think that the plaintiff presented such a condition of the affairs of the receivership as entitles him to a summary order directing that an execution issue. The claim can be more satisfactorily disposed of on the final accounting. The order should therefore be reversed, with $10 costs and disbursements, and the motion denied, with $10 costs.

GENERAL RY. SIGNAL CO., Respondent, v. TITLE GUARANTY & SURETY CO., Appellant. (Supreme Court, Appellate Division, Fourth Department. June 1, 1910.) Action by the General Railway Signal Company against the Title Guaranty & Surety Company.

PER CURIAM. Judgment affirmed, with costs.

WILLIAMS, J., dissents, on the ground that the undertaking was never executed by the person for whose benefit it was given, as required by its terms, and on the further ground that the plaintiff failed to check up the accounts monthly, as agreed to be done by the plaintiff.

GERAGHTY, Appellant, v. DALY et al., Respondents. (Supreme Court, Appellate Division, Second Department. June 10, 1910.) Action by William F. Geraghty against James W. Daly and another. No opinion. Judgment unanimously affirmed, with costs.

In re GEUS. (Supreme Court, Appellate Division, First Department. June 24, 1910.) In the matter of Henrick Geus, deceased. No opinion. Order affirmed, with $10 costs and disbursements. Order filed.

GILLENDER, Appellant, v. CITY OF NEW YORK, Respondent. (Supreme Court, Appellate Division, First Department. April 22, 1910.) Action by Jessie Gillender against the City of New York. C. DeH. Brower, for appellant. T. Connoly, for respondent.

PER CURIAM. Order affirmed, with $10 costs and disbursements. Order filed. See, also, 127 App. Div. 612, 111 N. Y. Supp. 1051.

SCOTT, J., dissents.

GILLIS, Respondent, v. NEW YORK & N. S. TRACTION CO., Appellant. McGIRR v. SAME (two cases). (Supreme Court, Appellate Division, First Department. June 3, 1910.) Actions by Margaret Gillis, by Patrick McGirr and by Catherine McGirr against the New York & North Shore Traction Company. J. A. MacElhinney, for appellant. C. Steckler, for respondent. No opinions. Judgments affirmed, with costs. Orders filed.

GOLDBLUM, Respondent, v. MAYOR, LANE & CO., Appellant. (Supreme Court, Appellate Division, Second Department. June 10, 1910.) Action by Joseph Goldblum against Mayor, Lane & Co.

PER CURIAM. Judgment of the Municipal Court reversed, and new trial ordered, costs to abide the event, on account of confusing and inconsistent rulings with regard to plaintiff's suffering from pleurisy. If plaintiff desires to recover for pleurisy, he should ask to amend his complaint.

GOLDBLUM et al., Respondents, v. MAYOR, LANE & CO., Appellant. (Supreme Court, Appellate Division, Second Department. June 10, 1910.) Action by Jacob Goldblum and another against Mayor, Lane & Co. No opinion. Judgment of the Municipal Court unanimously affirmed, with costs.

GOLDSTEIN v. LOEW. (Supreme Court, Appellate Division, First Department. April